## Josephine Ublasi, Appellee, v. Western & Southern Life Insurance Company, Appellant.

### Gen. No. 43,345.

Heard in the third division, first district, this court at the February term, 1945; opinion filed December 20, 1945; released for publication January 8, 1946. Eckert & Peterson, for appellant; Tom Leeming and Melvin L. Gibbard, of counsel; Kelner & Kelner, for appellee. Opinion by JUSTICE BURKE. Not to be published in full.